MARY LOUISE OHLIS, PLAINTIFF-RESPONDENT, v. JOHN JOSEPH GUBELMAN, DEFENDANT-PETITIONER.

*Messrs. Budd, Larner & Kent* for the petitioner.

*Messrs. O'Mara, Schumann, Davis & Lynch* and *Mr. James Dorment, Jr.,* for the respondent.

June 29, 1962. Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. NICHOLAS MACRI, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 74 *N. J. Super.* 420.

*Mr. Brendan T. Byrne* and *Mr. Peter Murray* for the petitioner.

*Mr. Max Mehler* and *Mr. Saul C. Schutzman* for the respondents.

June 29, 1962. Granted.